**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Shops at Broad, LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 4 8 9 8 5 2 | |
| **4. Debtor's address** | **Principal place of business**  1574 E. Broad Street  Number    Street    Mansfield, TX 76063  City    State    ZIP Code    Tarrant  County | **Mailing address, if different from principal place of business**  3060 Peachtree Road NW Suite 1050  Number    Street  P.O. Box  Atlanta, GA 30305  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor __Shops at Broad, LLC_____ Case number *(if known)*_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   5   3   1   1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>         District _____ When _____<br>                                                              MM / DD / YYYY<br>         Case number, if known _____ |

Debtor    Shops at Broad, LLC              Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>               Number      Street<br>_____<br>_____    _____ _____<br>City                 State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999      ☐ 10,001-25,000                        ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☑ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   Shops at Broad, LLC
      Name

Case number *(if known)* _____

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/02/2022
                MM/ DD/ YYYY

**X**   /s/ Shops of Broad Manager, LLC               Shops of Broad Manager, LLC
Signature of authorized representative of debtor        Printed name

Title      Manager/Member

**18. Signature of attorney**

**X**   /s/ Areya Holder Aurzada           Date   09/02/2022
Signature of attorney for debtor                      MM/ DD/ YYYY

Areya Holder Aurzada
Printed name

Holder Law
Firm name

901 Main Street Suite 5320
Number     Street

Dallas               TX       75202
City                   State    ZIP Code

(972) 438-8800          areya@holderlawpc.com
Contact phone             Email address

24002303               TX
Bar number                State

# SHOPS AT BROAD, LLC
## MEMBER RESOLUTION

Shops at Broad Manager, LLC, the duly authorized Member and Manager of Shops at Broad, LLC ("SAB" or the "Company") a Texas Limited Liability Company, hereby certify that at a special meeting of the Member and Manager of the Company duly called and held on September 2, 2022, the following resolutions were duly adopted in accordance with requirements of Texas law and that said resolution has not been modified or rescinded and is still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Member and Manager of SAB, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition is filed seeking relief under the provisions of Chapter11 of Title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that Stewart Geyer is hereby authorized, empowered and directed, in the name and on behalf of the Company to execute and file a bankruptcy petition, schedules, motions, pleadings, and amendments thereto under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas at such time or in such jurisdiction as said Authorized Person executing the same shall determine.

RESOLVED, that Stewart Geyer may sign the bankruptcy petition on behalf of SAB and attend any and all scheduled meetings or hearings in the bankruptcy case.

RESOLVED, that HOLDER LAW is hereby engaged as attorney for SAB in the Chapter 11 Case.

_____
Shops at Broad Manager, LLC, Member and Manager of Shops at Broad, LLC

Approved by:

_____
SSG 2003 Trust

1

Fill in this information to identify the case:

Debtor name: Shops at Broad, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cinnaholic (J&J Journey)<br>1671 E. Broad Street Suite 105<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $35,200.00 |
| 2 | Nestle (CSKNB Eats & Sweets)<br>1681 E. Broad Street Suite 105<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $78,000.00 |
| 3 | Banefield Pet Hospital<br>1701 E. Broad Street Suite 101<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $77,800.00 |
| 4 | Boiling King Crab<br>620 US Hwy 287 N Frontage Road Suite100<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $148,000.00 |
| 5 | Buff City Soap<br>1735 E. Broad Street<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $157,685.00 |
| 6 | Cold Stone (Flying Lady Bug)<br>620 US Hwy 287 N Frontage Road Suite 120<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $58,200.00 |
| 7 | Freedom Chiropractic<br>620 U.S. 287 Frontage Road Unit 108<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $72,750.00 |
| 8 | Landcare USA LLC<br>2229 San Felipe Suite 1000<br>Houston, TX 77019 | | Non-purchase Money | | | | $35,125.05 |

Debtor  Shops at Broad, LLC  
　　　　Name

Case number *(if known)* _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Luxx Nail Salon<br>602 Highway 287 N<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $128,000.00 |
| 10 | Nixon Jach Hubbard, PLLC<br>JPMorgan International Plaza III<br>14241 Dallas Parkway Suite 575<br>Dallas, TX 75254 | | Non-purchase Money | | | | $25,000.00 |
| 11 | Pei Wei<br>1681 E. Broad Street Suite 101<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $84,070.00 |
| 12 | SSG 2003 Trust<br>3232 Wentwood Drive<br>Dallas, TX 75225 | | Loans | | | | $5,000,000.00 |
| 13 | Torchy's Tacos (Success Food Management)<br>1547 E. Broad Street<br>Mansfield, TX 76063 | | Non-purchase Money | | | | $270,000.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Shops at Broad, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  09/02/2022   Signature   /s/ Shops of Broad Manager, LLC
                                Shops of Broad Manager, LLC , Manager/Member

Cinnaholic (J&J Journey)
1671 E. Broad Street Suite 105
Mansfield, TX 76063

AT&T (Anika Wireless)
1675 E. Broad Street Suite 104A
Mansfield, TX 76063

Nestle (CSKNB Eats & Sweets)
1681 E. Broad Street Suite 105
Mansfield, TX 76063

Nestle (CSKNB Eats & Sweets)
1681 E. Broad Street Suite 105A
Mansfield, TX 76063

Attorney General of Texas
Collections Division Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

Banefield Pet Hospital
1701 E. Broad Street Suite 101
Mansfield, TX 76063

Banefield Pet Hospital
1701 E. Broad Street Suite 101B and 109
Mansfield, TX 76063

Belk Department Stores, LP
1683 E Broad Street
Mansfield, TX 76063

Belk, Inc.
2801 W. Tyvola Road
Charlotte, NC 28217

Boiling King Crab
620 US Hwy 287 N Frontage Road
Suite100
Mansfield, TX 76063

Buff City Soap
1735 E. Broad Street
Mansfield, TX 76063

Buff City Soap
1735 E. Broad Street Suite 110A
Mansfield, TX 76063

City of Mansfield
City Secretary's Office
1200 E. Broad Street
Mansfield, TX 76063

Cold Stone (Flying Lady Bug)
620 US Hwy 287 N Frontage Road Suite
120
Mansfield, TX 76063

Cold Stone (Flying Lady Bug)
620 US 287 Frontage Road Suite 122
Mansfield, TX 76063

Dykema Gossett PLLC
Attn: Brian R. Forbes
1717 Main Street, Suite 4200
Dallas, TX 75201

First Watch
1695 E. Broad Street Suite 111
Mansfield, TX 76063

Freedom Chiropractic
620 U.S. 287 Frontage Road Unit 108
Mansfield, TX 76063

Gabriel Broad Street, LLC
601 Airport Drive
Mansfield, TX 76063

HotWorx
414 US 287 Frontage Road Suite 100
76063

iKids Dental
1681 E Broad Street Suite 107
Mansfield, TX 76063

Internal Revenue Service
Special Procedures, Room 9A20
1100 Commerce St., 5024-DAL
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7317
Philadelphia, PA 19101-7317

James Avery Craftsman
1681 E Broad Street Suite 106A
Mansfield, TX 76063

Landcare USA LLC
2229 San Felipe Suite 1000
Houston, TX 77019

Linebarger Goggan Blair
Sampson LLP
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

Luxx Nail Salon
602 Highway 287 N
Mansfield, TX 76063

Luxx Nail Salon
620 US 287 Frontage Road Suite 112
Mansfield, TX 76063

McAlister's Deli (The Saxton
Group)
1735 E. Broad Street Suite 101 and 103
76063

Medical Management
International, Inc.
dba Banefield Pet Hospital
18101 SE Sixth Way
Vancouver, WA 98683

MOD Super Fast Pizza
1675 E. Broad Street Suite 103A
Mansfield, TX 76063

Tyler Morris
3060 Peachtree Road NW Suite 1050
Atlanta, GA 30305

My Eyelab
(Daniel, Max & Marc's Andrea, LLC)
1701 E Broad Street Suite 109
76063

Nixon Jach Hubbard, PLLC
JPMorgan International Plaza III
14241 Dallas Parkway Suite 575
Dallas, TX 75254

Pei Wei
1681 E. Broad Street Suite 101
Mansfield, TX 76063

SSG 2003 Trust
3232 Wentwood Drive
Dallas, TX 75225

Starbucks Corp
1675 E Broad Street Suite 102A
Mansfield, TX 76063

State Comptroller
Revenue Accounting Div Bakruptcy
PO Box 13528
Austin, TX 78711

Stewart Geyer
3060 Peachtree Road NW Suite 1050
Atlanta, GA 30305

Tarrant County Tax Assessor-Collector
700 E. Abrams Street
Arlington, TX 76010


Texas Alcoholic Beverage Commission
License and Permits Division
PO Box 13127
Austin, TX 78711-3127


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78714-9080


TJ Maxx (Marmaxx Operating Corp)
1685 E. Broad Street Suite J1
Mansfield, TX 76063


Torchy's Tacos (Success Food Management)
1547 E. Broad Street
Mansfield, TX 76063


Torchy's Tacos (Success Food Management)
1671 E. Broad Street Suite 101 and 103
Mansfield, TX 76063


Trez Shops at Broad, LP
c/o Capitol Services, Inc.
108 Lakeland Avenue
Dover, DE 19901


United States Attorney
1100 Commerce Street Room 16G28
Dallas, TX 75242-1049

Verizon (Cello Partnership)
1695 E. Broad Street Suite 101
Mansfield, TX 76063


WB General Contractors, LLC
P.O. Box 1329
Addison, TX 75001